PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
ANGELA THORNTON-MILLARD, IA 17922
Special Assistant United States Attorney
      6401 Security Boulevard
      Baltimore, Maryland 21235
      Telephone: (816) 936-5079
      E-Mail: Angela.Thornton-Millard@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOILA RODRIGUEZ,<br><br>        Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No.: 1:23-cv-00866-GSA<br><br>ORDER FOR AN EXTENSION OF TIME |

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including October 31, 2023, to respond to Plaintiff's Motion for Summary Judgment.

IT IS SO ORDERED.

   Dated: **September 26, 2023**             **/s/ Gary S. Austin**
                                                  UNITED STATES MAGISTRATE JUDGE