**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| SOILA RODRIGUEZ, </br>     Plaintiff, </br> v. </br> KILOLO KIJAKAZI, </br> Commissioner of Social Security, </br>     Defendant. | CIVIL NO. 1:23-cv-00866-GSA </br></br> **ORDER** |

**ORDER**

Based on the parties' stipulation, **IT IS ORDERED** that this action is remanded to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of 42 U.S.C. 405(g).  The Clerk is directed to enter judgment in favor of Plaintiff, reversing the Commissioner's final decision.

IT IS SO ORDERED.

Dated:  **September 29, 2023**              **/s/ Gary S. Austin**
                                                                     UNITED STATES MAGISTRATE JUDGE